CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 17 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
MARCH 2016 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:16-cr-00016 |
| | ) | |
| v | ) | **INDICTMENT** |
| | ) | |
| JOSE ANTONIO VILLAFANA | ) | **In Violation of:** |
| | ) | |
| | ) | Title 18, U.S.C., §111(b) |

## COUNT ONE

The Grand Jury charges:

1. That on or about January 11, 2016, in the Western Judicial District of Virginia, the defendant, JOSE ANTONIO VILLAFANA, did forcibly assault, resist, oppose, impede, and interfere with A.H., then an employee or officer of the United States, who was in the performance of his official duties, by means of physical contact resulting in bodily injury.

2. In violation of Title 18, United States Code Section 111(b).

## COUNT TWO

The Grand Jury charges:

1. That on or about January 11, 2016, in the Western Judicial District of Virginia, the defendant, JOSE ANTONIO VILLAFANA, did forcibly assault, resist, oppose, impede, and interfere with T.C., then an employee or officer of the United States, who was in the performance of his official duties, by means of physical contact resulting in bodily injury.

2. In violation of Title 18, United States Code Section 111(b).

1

A TRUE BILL this **17** day of March, 2016.

/s/ JOHN P. FISHWICK, JR. signature

JOHN P. FISHWICK, JR.
UNITED STATES ATTORNEY

*_s/Grand Jury Foreperson_*
FOREPERSON

2